FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 NOV 16 P 3: 29

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| JOHNNELL JOHNSON | CASE NUMBER: 3:01-cr-77(S1)-J-25HTS<br>USM NUMBER: 29356-018 |

Defendant's Attorney: Susan Yazgi, Esq. (pda)

## THE DEFENDANT:

__X__  Defendant admitted guilt to violation of Allegation number(s) __2__ of the terms of supervision.

__X__  Allegation Number 1 is dismissed on the United States' motion.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Two | New Criminal conduct, Sale and Delivery of a Controlled Substance in violation of the Special Condition | June 25, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__  The defendant's terms of supervised release are hereby revoked.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 15, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: October 16, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **one year and one day** to run consecutive to the State sentence he is currently serving.

X    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X    The defendant shall cooperate in the collection of DNA as directed by the probation officer

___ The court makes the following recommendations to the Bureau of Prisons:

X    The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

   ___ at ___ a.m./p.m. on ___.
   ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   before 2 p.m. on     .
   ___ as notified by the United States Marshal.
   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____
_____
_____

Defendant delivered on _____ to _____
_____ at _____, with a certified copy of this judgment.

                                  _____
                                  United States Marshal

                        By:_____
                                  Deputy Marshal

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.